UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| FKA DISTRIBUTING, Plaintiff, vs. OAK POINTE MEDICAL ENTERPRISES, INC., HOME MED EX, WHOLESALE POINT, Defendants. | 2:18-CV-13475-TGB ORDER HONORABLE TERRENCE G. BERG |

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal by Plaintiffs, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

DATED this 10th day of December, 2018.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
December 10, 2018, by electronic and/or ordinary mail.
/s/ Amanda Chubb
Case Manager
(313) 234-2644